# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CRAIG AND SHEILA P. MILLS

VERSUS

LISA PECQUET HARELL, CAROL
LEE GRIFFIN, THOMAS FRANKLIN
CARLSON, AND DECOLORES
ADOPTIONS INTERNATIONAL

NO.  2023 CW 0820

**SEPTEMBER 6, 2023**

---

In Re:   Lisa Pecquet Harell, applying for supervisory writs,
         19th Judicial District Court, Parish of East Baton
         Rouge, No. 638781.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's August 17, 2023 judgment, which denied the Motion for Summary Judgment filed by defendant, Lisa Pecquet Harell, is vacated.  The parties each raised objections to evidence submitted in support of and in opposition to the Motion for Summary Judgment.  However, the trial court failed to rule on the admissibility of such evidence. La. Code Civ. P. art. 966(D)(2) provides that the court shall specifically state on the record or in writing which documents, if any, it held to be inadmissible or declined to consider. This matter is remanded to the trial court for compliance with La. Code Civ. P. art. 966(D)(2) and a ruling on the Motion for Summary Judgment filed by the defendant after determination of any evidentiary issues pursuant to La. Code Civ. P. art. 966(C)(4).

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT